**SEALED**

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2017 OCT -4 PM 1:11

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO GONZALEZ,<br><br>Defendants. | INDICTMENT<br><br>[Vio: Theft of Government Property,<br>18 U.S.C. § 641]<br><br>**SA17CR0778 OG** |

THE GRAND JURY CHARGES:

**COUNT ONE**
[18 USC §641]

That beginning on or about December of 2015, and continuing until April 28, 2017, in the United States, Western District of Texas, the Defendant,

**ROLANDO GONZALEZ,**

did willfully and knowingly steal and purloin oral maxillofacial medical implant devices, of a value exceeding $1,000, which were the goods and property of the United States, in violation of 18 U.S.C. §641.

A TRUE BILL,

███████████████
FOREPERSON

RICHARD L. DURBIN, Jr.
United States Attorney

*/s/ Karen Norris*

KAREN NORRIS
Assistant United States Attorney